**Sidney CHEATAM, Jr.**

v.

**STATE**

**CR-13-1695**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**James Samuel MENEFIELD**

v.

· **STATE**

**CR-13-1696**

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied

**Michael Darnell OLIVER**

v.

**STATE**

**CR-13-1697**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

**Damian MURPHY**

v.

**STATE**

**CR-13-1702**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Stacey TUBBS**

v.

**STATE**

**CR-13-1705**

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied